UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LISA COLLINS                                                                         PLAINTIFF

V.                                             CIVIL ACTION NO. 3:23-CV-210-KHJ-MTP

KEVIN O'DONNELL, et al.                                         DEFENDANTS

ORDER

The remaining parties have announced to the Court a settlement of this case, and the Court desires that this matter be finally closed on its docket.[1]

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all remaining parties. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorneys' fees and costs from this date shall be awarded to the aggrieved party or parties against the party failing to execute or comply with the settlement agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this 15th day of January, 2025.

                                                          s/ *Kristi H. Johnson*
                                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court previously dismissed without prejudice all claims against Defendant Frontier Properties, LLC. Order [71] at 7.